# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MANUEL VILLARRUEL, | NO. CV 10-7176 JST (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MIKE MCDONALD, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 28, 2011

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE